IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MARVIN JERELDS,

    Plaintiff,

vs.                                  CASE NO. 1:07cv167-MP/AK

ANGELICA LOWE,

    Defendant.

_____/

# O R D E R

It has come to the court's attention that Plaintiff has had three strikes and failed to identify the federal cases he filed in this court on the complaint such that he should not have been granted leave to proceed in forma pauperis. The Order granting such leave (doc. 5) is hereby **VACATED**.

**DONE AND ORDERED** this **23rd** day of October, 2007.

                                    *s/ A. KORNBLUM*
                                    **ALLAN KORNBLUM**
                                    **UNITED STATES MAGISTRATE JUDGE**